Charles A. BAIRD

. v.

ALLSTATE AMBULANCE AND OXYGEN SERVICE, INC. et al.

No. 83–374–M.P.

Supreme Court of Rhode Island.

Sept. 8, 1983.

Louis M. Cioci, Johnston, for petitioner.

Berndt W. Anderson, Roberts, Carroll, Feldstein & Tucker, Inc., Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

Luigi MANOCCHIO

v.

Matthew J. GILL, Jr.

No. 83–445–M.P.

Supreme Court of Rhode Island.

Sept. 8, 1983.

Thomas A. DiLuglio, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., for respondent.

ORDER

The petition for writ of habeas corpus is denied.

Stephen MATTATAL

v.

John MORAN.

No. 83–465–M.P.

Supreme Court of Rhode Island.

Sept. 28, 1983.

Paul J. DiMaio, Grilli, DiMaio & Berson, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Joel S. Chase, Sp. Asst. Atty. Gen., for respondent.

ORDER

The petition for writ of habeas corpus is denied.